# Richmond

EARL DAUGHTERY, ALSO KNOWN AS EARL DAUGHTRY V. COMMONWEALTH OF VIRGINIA.

October 8, 1976.

Record No. 760057.

Present, All the Justices.

*J. Wayne Sprinkle (John S. Joannou,* on brief), for plaintiff in error.

*Jim L. Chin, Assistant Attorney General (Andrew P. Miller, Attorney General,* on brief), for defendant in error.

Per Curiam.

This appeal, like *Hodge* v. *Commonwealth,* 217 Va. 338, 228 S.E.2d 692, (this day decided), challenges the defendant's second degree murder conviction under the Due Process Clause of the Fourteenth Amendment as explicated in *Mullaney* v. *Wilbur,* 421 U.S. 684 (1975), and *In re Winship,* 397 U.S. 358 (1970). The challenged instruction here, Instruction D, was the equivalent of Instruction 17 in *Hodge.*

Since the law of Virginia and this instruction only required the defendant to produce some evidence contesting the presumed malice, and the ultimate burden of persuasion beyond a reasonable doubt remained with the Commonwealth, we find this claim to be without merit for the reasons set forth in *Hodge.*

*Affirmed.*